1  MCGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716

**FILED**

JUN  1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9
                                    )  NO.  2:07-SW-154  GGH
10  IN RE SEALED                     )
                                    )
11                                   )
                                    )  **UNDER SEAL**
12  _____ )

13

14                    **SEALING ORDER**

15      Upon Application of the United States of America and good

16  cause having been shown,

17      IT IS HEREBY ORDERED that the attached documents in the

18  above-captioned matter be and are hereby ordered SEALED until

19  further order of this Court.

20  Dated:  ~~May 31~~, 2007
            June 1
21

22                              GREGORY G. HOLLOWS

23                              _____
                                HONORABLE GREGORY G. HOLLOWS
                                United States Magistrate Judge
24

25

26

27

28