1 McGREGOR W. SCOTT
United States Attorney

2 ELLEN V. ENDRIZZI
Assistant United States Attorney

3 501 I Street, Suite 10-100
Sacramento, California 95814

4 Telephone (916) 554-2716

**FILED**

JUN 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 IN RE SEARCH OF                )   No. 2:07-sw-00154 GGH
   5796 EAST GRANT AVENUE        )
12 FRESNO, CALIFORNIA            )   **APPLICATION TO UNSEAL SEARCH WARRANT**
                                 )   **AND [proposed] ORDER**
13                                )
                                 )
14 _____ )

15     On June 1, 2007, this Court issued the above-captioned search

16 warrant and sealed it until further order of the Court.  Recently,

17 the defendant was indicted by a federal grand jury, case number

18 2:07-cr-00266 FCD.  The United States now respectfully requests that

19 the above-captioned file be unsealed so that its contents may be

20 revealed in discovery.

21 Dated: June 19, 2007

22

23                              Respectfully submitted,

24                              McGREGOR W. SCOTT
                                United States Attorney

25
                         By:
26                              ELLEN V. ENDRIZZI
                                Assistant U.S. Attorney
27

28

                                  1

1
2
3                              **O R D E R**

4        Upon application of the United States of America and good cause

5   having been shown,

6        IT IS HEREBY ORDERED that the United States' Application to

7   Unseal Search Warrant, filed in case number 2:07-sw-00154 GGH, is

8   GRANTED.

9

10  DATED: June 20 , 2007

11                                    GREGORY G. HOLLOWS
                                      _____
                                      HONORABLE GREGORY G. HOLLOWS
12                                    United States Magistrate Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28